FIRST DEPARTMENT, APRIL 1985

(April 2, 1985)

■ In the Matter of CANDEE BRODY, Respondent. RONALD BRICKE & ASSOCIATES, INC., Appellant. Concur — Murphy, P. J., Ross, Lynch and Milonas, JJ.

■ In the Matter of the Arbitration between MARTIN JACOBSON, Respondent, and DAMON CREATIONS, INC., Appellant. No opinion. Concur — Kupferman, J. P., Carro, Asch and Fein, JJ.

■ In the Matter of CAROL EHRLICH et al., Respondents, v NEW YORK CITY CONCILIATION AND APPEALS BOARD, Respondent, and VIOLA SOMMER, Appellant. Concur — Carro, J. P., Asch, Fein and Kassal, JJ.